No. 82–5613.  COLEMAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF COLEMAN v. CITY OF WINSTON-SALEM ET AL.  Ct. App. N. C.  Certiorari denied.

No. 82–5617.  BENNETT v. WHITE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 82–5618.  KENNEDY v. MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 82–5626.  STEVENS v. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–5628.  SMITH v. GOODLANDER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–5635.  BOLDER v. WYRICK, WARDEN.  Sup. Ct. Mo.  Certiorari denied.

No. 82–5638.  MCDONALD v. DRAPER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–5644.  HUNTLEY v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 82–5647.  CARTER v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 82–5651.  WILLIAMS v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 82–5652.  HOWELL v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 82–5654.  TIJERINA v. OVERBERG, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTE.  C. A. 6th Cir.  Certiorari denied.